**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SEDRICK WITHROW**                                                    **CIVIL ACTION**

**VERSUS**                                                                        **NO. 11-267**

**MARLIN GUSMAN, ET AL.**                                        **SECTION "T"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

   **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

   New Orleans, Louisiana, this _____18th_____ day of April, 2011.


                                        LANCE M. AFRICK
                                 UNITED STATES DISTRICT JUDGE